HELEN ROSE DUBIN, Respondent, v. ALEXANDER DUBIN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

HELEN ROSE DUBIN, Respondent, v. ALEXANDER DUBIN, Appellant. (Consolidated Appeals.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within ten days after service of order with notice of entry, and the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

MAMIE LAWRENCE, as Administratrix, etc., of FRANK C. LAWRENCE, Deceased, Appellant, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, Respondent, Impleaded with Others, Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

MARTHA HERRITY, Administratrix, etc., of JOHN EDWARD HERRITY, Deceased, Appellant, v. E. JANE HATCH TRIMPER and CASPER JOHN TRIMPER, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

MARGUERITE E. DUDLEY, Appellant, v. SCOTT R. BENJAMIN, Respondent.— Judgment and order affirmed, with costs, without prejudice to the commencement of a new action, if plaintiff is so advised. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

JESSE L. KAUFMAN, Respondent, v. R. & K. LABORATORIES, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

FRANCES ROSENTHAL, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ADON REALTY CORPORATION, Appellant, v. SIDNEY DRAKE and DRAKE DISTRIBUTING CO., INC., Also Known as DRAKE DISTRIBUTORS, INC., Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.